Angelina F. BROPHY, Claimant–
Appellant,

v.

James B. PEAKE, M.D., Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2007–7260.

United States Court of Appeals,
Federal Circuit.

March 14, 2008.

**ORDER**

Appellant having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Appellee should compute the due date for filing its brief from the date of filing of this order.

TIP SYSTEMS, LLC and Tip Systems
Holding Company, Inc., Plaintiffs–
Appellants,

v.

SBC OPERATIONS, INC., Defendant,

and

Securus Technologies, Inc.,
Defendant–Appellee,

and

Conversant Technologies, Inc. and John
D. Profanchik, Defendants–
Appellees.

No. 2008–1202.

United States Court of Appeals,
Federal Circuit.

March 31, 2008.

ON MOTION

*ORDER*

TIP Systems, LLC et al. (TIP) move to withdraw their appeal. TIP states that the appellees consent.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) All sides shall bear their own costs.

(3) All pending motions are moot.